## TRIANTAFYLLOS TAFAS, Plaintiff–Appellee,

and

SmithKline BEECHAM CORPORATION (doing business as GlaxoSmithKline), SmithKline Beecham PLC, and Glaxo Group Limited (doing business as GlaxoSmithKline), Plaintiffs–Appellees,

v.

John J. DOLL, Acting Under Secretary of Commerce for Intellectual Property and Acting Director of the United States Patent & Trademark Office, and United States Patent and Trademark Office, Defendants–Appellants.

No. 2008–1352.

United States Court of Appeals, Federal Circuit.

July 28, 2009.

Steven J. Moore, James Edward Nealon, Kelley Drye & Warren, LLP, Stamford, CT, F. Christopher Mizzo, Kirkland & Ellis LLP, Washington, DC, John M. Desmarais, Peter J. Armenio, Kirkland & Ellis LLP, New York, NY, Carter G. Phillips, Jeffrey P. Kushan, David L. Fitzgerald, Jeffrey Bossert Clark, Virginia A. Seitz, Daniel Sean Trainor, Scott M. Abeles, William Bestani, Sidley Austin LLP, Washington, DC, Sherry Knowles, GlaxoSmithKline, King of Prussia, PA, for Plaintiffs–Appellees.

Joshua Waldman, Scott R. McIntosh, Department of Justice, Washington, DC, James A. Toupin, Stephen Walsh, William G. Jenks, William Lamarca, Raymond T. Chen, Janet A. Gongola, Nathan K. Kelley, Jennifer McDowell, Patent & Trademark Office, Arlington, VA, for Defendants–Appellants.

## ORDER GRANTING JOINT CONSENT MOTION FOR A STAY OF EN BANC PROCEEDINGS

Upon consideration of the Joint Consent Motion for a Stay of En Banc Proceedings, which is unopposed, and for good cause shown;

IT IS SO ORDERED THAT:

The Joint Consent Motion for a Stay of En Banc Proceedings is GRANTED, and the en banc proceedings shall be stayed until 60 days after the current nominee for Under Secretary of Commerce for Intellectual Property and Director of the United States Patent & Trademark Office is confirmed by the United States Senate.